**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6238

WILLIAM AUSTON CASH,

Plaintiff - Appellant,

v.

JAMES METTS; E. V. KIRKLAND; DAN DOE; JOHN DOE; BENNETT E. CASTO,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Kevin Frank McDonald, Magistrate Judge.  (6:12-cv-01815-MGL-KFM)

Submitted:  June 20, 2013          Decided:  June 26, 2013

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

William Auston Cash, Appellant Pro Se.  Justin Tyler Bagwell, William Henry Davidson, II, DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Auston Cash seeks to appeal the magistrate judge's order denying his motions to compel discovery, to depose each defendant, and to seal the record in his 42 U.S.C. § 1983 (2006) civil rights action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order that Cash seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Cash's motion for the appointment of counsel and for transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED